# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:

Crishna Avidash Persaud

**Debtor**

Case No:    6:15-bk-10459-CCJ
Chapter 13

## TRUSTEE'S OBJECTION TO ATTORNEY FEES

COMES NOW, the Trustee, Laurie K. Weatherford, and files this objection to attorney fees and states the following:

1. The case was filed on 12/16/2015 and the claims bar date was 4/13/2016.

2. Paragraphs 13 and 14 of the Amended Administrative Order Proscribing Procedures for Chapter 13 cases requires debtor(s) attorney, no more than 28 days after the claims bar date, to review claims, file any objections or motions and file an amended plan to conform with the claims.

3. Debtor(s) attorney has failed to comply with these provisions.

4. The Trustee believes that the attorney fees charged are excessive in light of the services performed in this case.

WHEREFORE, the Trustee, Laurie K. Weatherford, requests that the Court to sustain this objection disallowing a portion of the attorney fees to be paid through the plan and for such other and further relief as may be deemed just and proper.

## Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing Trustee's Objection to Attorney Fees has been furnished by the United States mail or by electronic transmission to Kathleen S Davies on the 24th day of May, 2016.

Respectfully submitted on this 24th day of May, 2016.

/S/ LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Wayne Spivak
FL Bar No. 38191
Attorneys for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com